UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EMPIRE FIRE AND MARINE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) JAMES F. SARGENT; RANDY McVEY, as ) personal representative of the ESTATE OF ) RACHEL S. McVEY; KAREN RITCHIE; ) B.M., a minor, by Her Parent and Next ) Friend, RANDY McVey; and M.M., a minor, ) by her Parent and Next Friend, KAREN ) RITCHIE, ) ) Defendants. ) | 1:04-cv-0021-JDT-TAB |

**JUDGMENT**

The court having made its Entry,

**IT IS NOW THEREFORE ORDERED, ADJUDGED AND DECREED** that Supplemental Liability Protection Policy Number SI226451 issued by Empire Fire and Marine Insurance Company to James F. Sargent provides no coverage for any actions brought against Mr. Sargent in connection with the August 29, 2003 collision.  For the reasons stated in the Entry, coverage is barred under the drinking and driving exclusionary clause of the Policy.

**JUDGMENT** is entered in favor of Plaintiff Empire Fire and Marine Insurance Company and against Defendants James F. Sargent; Randy McVey, as personal representative of the estate of Rachel S. McVey; Karen Ritchie; B.M., a minor, by her

parent and next friend, Randy McVey; and M.M., a minor, by her parent and next friend, Karen Ritchie.

ALL OF WHICH IS ORDERED this 6th day of October 2005.

Laura A. Briggs, Clerk
United States District Court

John Daniel Tinder, Judge
United States District Court

Deputy Clerk, U.S. District Court

Copies to:

Dean J. Arnold
Nunn Law Office
deanarn@kiva.net

Betsy Katherine Greene
Greene & Schultz
bkgreene@kiva.net

David W. Craig
Craig Kelley & Faultless
dcraig@ckflaw.com

Brian Edward Hicks
Griffin Hicks & Hicks
br.hicks@voyager.net

Thomas E. Farrell
Scopelitis Garvin Light & Hanson
tfarrell@scopelitis.com

Lynne D Lidke
Scopelitis, Garvin, Light & Hanson, P.C.
llidke@scopelitis.com

Scott Anthony Faultless
Craig Kelley & Faultless
sfaultless@ckflaw.com